IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER M. SANDERS,

    Plaintiff,

v.

MS. LACOST, MS. NICHOLAI,
JEFF PUGH, MS. WALLACE,
ALFONSO GRAHAM, DEB DUELL,
MS. LUNDMARK, MS. BURNS and
MS. RICHARDSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-311-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Christopher M. Sanders leave to proceed on his claims and dismissing this case for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_          _5/27/11_
Peter Oppeneer, Clerk of Court      Date